UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | 25-cv-8742 |
| SOLOMON LICHTENSTEIN | |
| Defendant. | |

Undersigned counsel, Steven Y. Yurowitz, a member of the bar of this Court, hereby notices his appearance as counsel of record for defendant Solomon Lichtenstein in the above-captioned matter.

Dated: January 2, 2026
      New York, New York

RESPECTFULLY SUBMITTED,

_____
Steven Y. Yurowitz

YUROWITZLAW PLLC
950 Third Avenue – 31st Floor
New York, New York 10022
(212) 308-7900
syurowitz@yurowitzlaw.com