UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

SOLOMON LICHTENSTEIN,

                Defendant.

Index No. 25 Civ. 8742

**STIPULATION EXTENDING TIME**

It is hereby stipulated and agreed by and between Plaintiff Securities and Exchange Commission and Defendant Solomon Lichtenstein, through their undersigned counsel, that the time for Defendant to answer or otherwise move with respect to the Complaint, originally due on January 2, 2026, is extended for 30 days to February 2, 2026.

Dated: January 2, 2026

| SECURITIES AND EXCHANGE COMMISSION | YUROWITZLAW PLLC |
|---|---|
| By: _____<br>Peter A. Mancuso | By: _____<br>Steven Y. Yurowitz |
| 100 Pearl Street, Suite 20-100<br>New York, New York 10004<br>Tel: 212-336-5562<br>Email: MancusoPe@sec.gov<br>*Counsel for Plaintiff Securities and Exchange Commission* | 950 Third Avenue – 31st Floor<br>New York, New York 10022<br>Tel: 212-308-7900<br>Email: syurowitz@yurowitzlaw.com<br>*Counsel for Defendant Solomon Lichtenstein* |