UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/07/2026
```

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

- against -

SOLOMON LICHTENSTEIN,

                         Defendant.

Index No. 25 Civ. 8742

## STIPULATION EXTENDING TIME

It is hereby stipulated and agreed by and between Plaintiff Securities and Exchange Commission and Defendant Solomon Lichtenstein, through their undersigned counsel, that the time for Defendant to answer or otherwise move with respect to the Complaint, originally due on January 2, 2026, is extended for 30 days to February 2, 2026.

Dated: January 2, 2026

SECURITIES AND EXCHANGE COMMISSION

By: _____
    Peter A. Mancuso

100 Pearl Street, Suite 20-100
New York, New York 10004
Tel: 212-336-5562
Email: MancusoPe@sec.gov
*Counsel for Plaintiff Securities and Exchange Commission*

YUROWITZLAW PLLC

By: _____
    Steven Y. Yurowitz

950 Third Avenue – 31st Floor
New York, New York 10022
Tel: 212-308-7900
Email: syurowitz@yurowitzlaw.com
*Counsel for Defendant Solomon Lichtenstein*

Date: January 7, 2026
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge