UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>     Plaintiff,<br><br>-against-<br><br>SOLOMON LICHTENSTEIN,<br>     Defendant. | 25 Civ. 8742 (NSR) |

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Solomon Lichtenstein*, 25 Cr. 491 (KMK) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Jay Clayton, United States Attorney for the Southern District of New York, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  White Plains, New York
        March 2, 2026

                                        JAY CLAYTON
                                        United States Attorney


                                  By:   /s/ *John Sarlitto*
                                        John Sarlitto
                                        Assistant United States Attorney
                                        50 Main Street, Suite 1100
                                        White Plains, New York 10606
                                        Tel.: (914) 993-1909