UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
            Plaintiff,

    -against-

SOLOMON LICHTENSTEIN,
            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/03/2026

**25 Civ. 8742 (NSR)**

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Solomon Lichtenstein*, 25 Cr. 491 (KMK) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Jay Clayton, United States Attorney for the Southern District of New York, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  White Plains, New York
        March 2, 2026

JAY CLAYTON
United States Attorney

By:   /s/ *John Sarlitto*
      John Sarlitto
      Assistant United States Attorney
      50 Main Street, Suite 1100
      White Plains, New York 10606
      Tel.: (914) 993-1909

**After reviewing the Government's motion papers, the Court understands that Defendant consents to this action being stayed, while the SEC takes no position. (ECF No. 13.) The Court directs both Defendant and the SEC to respond to the Government's motion to intervene by March 11, 2026.**

**Dated: March 3, 2026**
**    White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED