UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>- against -<br><br>SOLOMON LICHTENSTEIN,<br><br>                           Defendant. | Index No. 25 Civ. 8742 |

**DEFENDANT'S ANSWER**

Defendant Solomon Lichtenstein ("Lichtenstein"), by and through the undersigned counsel, hereby files this Answer to the Complaint of Plaintiff Securities and Exchange Commission ("SEC").

**SUMMARY**

1 – 6.  Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 1-6, as the answers might tend to incriminate him.

**VIOLATIONS**

7.  The allegations state legal conclusions which do not require an answer. To the extent that this allegation requires an answer, Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 1-6, as the answers might tend to incriminate him.

8.  Lichtenstein denies the allegations contained in paragraph 8 of the Complaint.

Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

### NATURE OF THE PROCEEDINGS AND RELIEF SOUGHT

9. The allegations state legal conclusions which do not require an answer. To the extent that this allegation requires an answer, Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 1-6, as the answers might tend to incriminate him.

10. Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 10, as the answers might tend to incriminate him.

### JURISDICTION AND VENUE

11. The allegations contained in paragraph 11 state legal conclusions which do not require an answer. To the extent that this allegation requires an answer, Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 11, as the answers might tend to incriminate him.

12 – 13. Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 10, as the answers might tend to incriminate him.

### DEFENDANT

14. Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 14, as the answers might tend to incriminate him.

**RELEVANT ENTITIES**

15 – 16.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 15-16, as the answers might tend to incriminate him.

**FACTS**

17 – 109.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 17 - 109, as the answers might tend to incriminate him.

**FIRST CLAIM FOR RELIEF**

110.   Lichtenstein repeats and realleges each and every answer to paragraphs 1 – 109 as if fully set forth herein verbatim.

111 – 112.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 111 - 112, as the answers might tend to incriminate him.

**SECOND CLAIM FOR RELIEF**

113.   Lichtenstein repeats and realleges each and every answer to paragraphs 1 – 109 as if fully set forth herein verbatim.

114 – 115.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 114 - 115, as the answers might tend to incriminate him.

**THIRD CLAIM FOR RELIEF**

116.   Lichtenstein repeats and realleges each and every answer to paragraphs 1 – 109 as if fully set forth herein verbatim.

117 – 119.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 117 - 119, as the answers might tend to incriminate him.

## FOURTH CLAIM FOR RELIEF

120.   Lichtenstein repeats and realleges each and every answer to paragraphs 1 – 109 as if fully set forth herein verbatim.

121 – 123.   Lichtenstein hereby invokes his Fifth Amendment right against self-incrimination and declines to answer the allegations contained in paragraphs 121 - 123, as the answers might tend to incriminate him.

## RESPONDING TO *AD DAMNUM* AND/OR PRAYER FOR RELIEF

Lichtenstein denies that Plaintiff is entitled to recovery as prayed for in Plaintiff's *Ad Damnum Clause* and/or Prayer for Relief.

### FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE

124.   The Complaint should be dismissed for failure to state a claim.

### FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE

125.   Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and laches.

### FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE

126.   Defendant would show that some or all of the injuries and/or damages alleged in this lawsuit, which are hereby denied or as to which Defendant asserts his rights under the Fifth Amendment, were due to and caused by the failure to mitigate and or other market conditions.

### FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE

127. The Complaint is barred by Plaintiff's failure to join as a party to this action a party or parties in whose absence complete relief cannot be accorded among those already parties, thereby subjecting this Defendant to a substantial risk of incurring double, multiple or otherwise inconsistent obligations.

**FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE**

128. The Complaint is barred by virtue of the fact that Defendant acted in good faith.

**FURTHER ANSWERING AND FOR A FURTHER AND AFFIRMATIVE DEFENSE**

129. Plaintiffs demand for relief is barred by virtue of the Fifth, Sixth and Eighth Amendments to the United States Constitution.

Dated: New York, New York  
       March 3, 2026

YUROWITZLAW PLLC

By: _____  
    Steven Y. Yurowitz

950 Third Avenue – 31st Floor  
New York, New York 10022  
Tel: 212-308-7900  
Fax: 212-826-3273  
*Counsel for Solomon Lichtenstein*