

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 9, 2026

**VIA ECF**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    SEC v. Lichtenstein, No. 25 Civ. 8742 (NSR)

Dear Judge Roman:

      Pursuant to the Court's March 3, 2026 Order (D.E. 14), Plaintiff Securities and Exchange Commission ("SEC") respectively submits its response to the United States Attorney's motion to intervene and stay all proceedings in this case pending the conclusion of the parallel criminal case *United States v. Lichtenstein*, 25 Cr. 491 (KMK) (D.E. 12) (the "Stay Motion").

      The SEC takes no position on the Stay Motion.

Respectfully submitted,

*/s/ Peter A. Mancuso*
Peter A. Mancuso
Trial Counsel
*Counsel for Plaintiff SEC*