# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

March 11, 2026

**By ECF**
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        Re: *Securities and Exchange Commission v. Solomon Lichtenstein*
           7:25-cv-08742-NSR

Dear Judge Roman:

    This firm is counsel to the defendant, Solomon Lichtenstein, in the above-referenced matter. I am writing in response to the Court's order dated March 3, 2026. Defendant Lichtenstein joins in the government's motion to stay this action. Compelling Mr. Lichtenstein to defend against this action will ultimately harm the alleged victims in this case by dissipating whatever little assets he has that can be used to make restitution in the criminal case. Accordingly, Mr. Lichtenstein respectfully requests that the government's motion be granted.

                                             Respectfully submitted,

                                             Steven Y. Yurowitz

cc: Peter Mancuso, Esq. (by ECF)
     AUSA John Sarlitto (by ECF)