```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
   Plaintiff,

-against-

SOLOMON LICHTENSTEIN,
   Defendant.

**Stipulation and Order**

**25 Civ. 8742 (NSR)**

WHEREAS, on March 2, 2026, the Government submitted a motion seeking to intervene in this action and seeking a stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Solomon Lichtenstein*, 25 Cr. 491 (KMK) (the "Criminal Action"), in which an indictment has been returned;

WHEREAS, defendant Solomon Lichtenstein consents to the requested stay;

WHEREAS, plaintiff Securities and Exchange Commission takes no position on the requested stay; and

WHEREAS, the Court finds that a stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that proceedings in this action are stayed in their entirety until the completion of the Criminal Action, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances. For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties'

obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED:

Date: March 12, 2026.
       White Plains, NY

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE